```
IN THE UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF ARKANSAS
        FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                        PLAINTIFF

          v.        Civil No. 13-50050-001

JOSE MARTINEZ-GARCIA                                            DEFENDANT

**ORDER**

Now on this 2ND day of May, 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 17) filed herein on April 30, 2013, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The parties have waived their right to file objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Court accepts the Defendant's guilty plea to illegal re-entry into the United States after being previously removed/deported, in violation of 8 U.S.C. § 1326(a), and the Court tentatively approves the written plea agreement, subject to final approval at sentencing.

**IT IS SO ORDERED.**

                                                                         /s/ Jimm Larry Hendren
                                                                    JIMM LARRY HENDREN
                                                                    UNITED STATES DISTRICT JUDGE